**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN KELLY and MARK WILKINS,<br><br>Plaintiffs,<br><br>v.<br><br>DCC TECHNOLOGY HOLDINGS, INC. and EXERTIS (UK) LIMITED,<br><br>Defendants. | Case No. 1:22-cv-00518-WMS |

## STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS

Pursuant to an agreement between the parties, this lawsuit, including all parties and all claims and counterclaims, is in all things DISMISSED WITH PREJUDICE, pursuant to FRCP 41(a)(1)(A)(ii) .

Each party shall bear its own costs and attorneys' fees.

ALSTON & BIRD

By: ______________________________

Michael C. Hefter
Seth M. Cohen
Jonathan Wieder
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
michael.hefter@alston.com
seth.cohen@alston.com
jonathan.wieder@alston.com

PHILLIPS LYTLE LLP

By: ______________________________

Joshua Glasgow
David J. McNamara
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
jglasgow@phillipslytle.com
dmcnamara@phillipslytle.com